**Electronically Filed
Supreme Court
SCWC-11-0001077
25-FEB-2015
09:24 AM**

SCWC-11-0001077

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN THE MATTER OF THE EDWARD C. STERLING QTIP EXEMPT TRUST DATED AUGUST 24, 1995, THE EDWARD C. STERLING QTIP NON-EXEMPT TRUST DATED AUGUST 24, 1995, AND THE EDWARD C. STERLING IRREVOCABLE TRUST DATED AUGUST 24, 1995

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001077; TRUST NO. 98-0039)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Beneficiary-Appellant Patrick G. Williams's

Applications for Writ of Certiorari filed on January 20, 2015 and

January 27, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 25, 2015.

Patrick G. Williams
for petitioner, pro se

Cheryl A. Nakamura
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

